**Motion Denied; Petition for Writ of Mandamus Denied; and Memorandum Opinion filed February 9, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00083-CV**

---

**IN RE JEREMY DAVID OLUMA AND T.O.O., A MINOR CHILD, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 22-DCV-293652**

---

## MEMORANDUM OPINION

On February 6, 2024, relator Jeremy David Oluma and T.O.O., a minor child filed a petition for writ of mandamus and a motion to stay the underlying proceedings in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Janet

B. Heppard, presiding judge of the 387th District Court of Fort Bend County, to vacate several of the trial court's orders, including: temporary orders signed October 7, 2022; orders of April 25, 2023, April 26, 2023, and October 5, 2023; temporary restraining order of October 5, 2023; and modified temporary orders of October 5, 2023.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. Relators' motion to stay the underlying proceedings is denied.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.